IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| COLOGIX COL5, LLC, | : |
| Plaintiff, | : Case No. 2:22-cv-4280 |
| v. | : CHIEF JUDGE ALGENON L. MARBLEY |
| 655 DEARBORN PARK LANE, LLC, | : Magistrate Judge Jolson |
| Defendant. | : |

**ORDER**

On April 17, 2024, Defendant 655 Dearborn Park Lane, LLC ("Dearborn") filed a Notice of Appeal (ECF No. 31) to the United States Court of Appeals for the Sixth Circuit of this Court's Opinion and Order (ECF No. 28) granting Plaintiff Cologix Col5, LLC's ("Cologix") Motion for Judgment on the Pleadings (ECF No. 15). Given this posture, and as more fully explicated in this Court's Order (ECF No. 32), this case is hereby **STAYED**. This Court's Order Setting a May 22, 2024 Hearing on Defendant's Motion for Summary Judgment (ECF No. 30) is hereby **VACATED**.

IT IS SO ORDERED.

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

DATED: April 19, 2024

1