# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**COLOGIX COL5, LLC,** :
: Case No. 2:22-cv-4280
**Plaintiff,** :
: JUDGE ALGENON L. MARBLEY
v. :
: Magistrate Judge Jolson
**655 DEARBORN PARK LANE, LLC,** :
:
:
**Defendant.** :

## ORDER

On October 10, 2025, this Court issued an Order (ECF No. 54) requiring the parties to submit a joint discovery schedule to the Court by **Thursday, November 6, 2025,** outlining all depositions and any remaining discovery matters to be completed by **Friday, January 30, 2026**. On November 6, 2025, Plaintiffs informed this Court that Defendants had not yet provided them with discovery responses and that an extension of time is needed. (ECF No. 55). As such, the parties are to submit a joint discovery schedule to the Court by **Tuesday, November 18, 2025**, outlining all depositions and any remaining discovery matters to be completed by **Friday, January 30, 2026**. In the event that future extensions are needed pertaining to other deadlines in this case, the parties should provide notice prior to the date of the deadline.

**IT IS SO ORDERED.**

**DATED: November 13, 2025**

_____
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**